# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 21-7002

September Term, 2020

1:20-cv-02883-UNA

**Filed On:** April 9, 2021

Huguette Nicole Young,

      Appellant

    v.

Muriel Bowser,

      Appellee

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Rogers and Wilkins, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed December 22, 2020, be affirmed. Appellant does not dispute that she failed to comply with the district court's order directing her to pay the filing fee or to submit a completed motion for leave to proceed in forma pauperis (IFP). On appeal, she has presented no valid arguments demonstrating that the requirement that she pay the full district court filing fee or file a properly-supported IFP motion violates her constitutional rights. See 28 U.S.C. § 1915(a)(1); cf. Ibrahim v. District of Columbia, 208 F.3d 1032, 1036 (D.C. Cir. 2000) ("Leave to file a claim in forma pauperis has always been a matter of grace, a privilege granted in the court's discretion."). Accordingly, the district court appropriately denied the motion for reconsideration and dismissed the case.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-7002**                    **September Term, 2020**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk